**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6653**

———————

STEPHEN E. MCCLELLAND,

                                        Plaintiff - Appellant,

        versus


SHERIFF'S DEPUTY, Deputy Barbershop; CORREC-
TIONAL OFFICER DUNN; JACK LEE, Correctional
Officer,

                                        Defendants - Appellees.


———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.
(CA-00-807)

———————

Submitted:  July 26, 2001         Decided:  August 2, 2001

———————

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Stephen E. McClelland, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stephen E. McClelland, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we deny McClelland's motion for appointment of counsel and dismiss the appeal on the reasoning of the district court. McClelland v. Sheriff's Deputy, No. CA-00-807 (E.D. Va. Mar. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2